**Electronically Filed
Supreme Court
SCWC-29340
01-DEC-2011
08:48 AM**

NO. SCWC-29340

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

BONNIE MACLEOD KAKINAMI, Respondent/Plaintiff-Appellee,

vs.

AARON K. H. KAKINAMI, Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 29340; FC-D NO. 06-1-0040)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, Acoba, Duffy, and McKenna, JJ.)

Petitioner/Defendant-Appellant Aaron K. H. Kakinami's application for writ of certiorari filed on October 18, 2011, is hereby accepted and will be scheduled for oral argument. The parties will be notified by the appellate clerk regarding scheduling.

DATED: Honolulu, Hawaiʻi, December 1, 2011.

Peter Van Name Esser
on the application and
reply for petitioner/
defendant-appellant.

Robert M. Harris on the
response for respondent/
plaintiff-appellee.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ James E. Duffy, Jr.

/s/ Sabrina S. McKenna

